IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CLEAN HARBORS EL DORADO, LLC                                              PLAINTIFF

VS.                              CASE NO. 13-CV-1061

FMC CORPORATION                                                           DEFENDANT

## ORDER

Before the Court is a Stipulation of Dismissal Without Prejudice. (ECF No. 8). The parties stipulate that the Court should enter an order of dismissal without prejudice. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1), the above styled and numbered case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 16th day of October, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge